IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff(s),<br><br>   vs.<br><br>AMIEL A. ROBINSON,<br><br>          Defendant(s). | No. CR 08-0090 MAG<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR REVIEW OF PERSONNEL FILES** |

Before the Court is Defendant Amiel Robinson's Motion for Review of Personnel Files. For the reasons stated in the government's opposition, the Court DENIES Defendant's motion.

**IT IS SO ORDERED.**

Dated: April 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

USA et al,

    Plaintiff,

  v.

AMIEL A ROBINSON et al,

    Defendant.
_____/

Case Number: CR08-00090 MAG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amiel Robinson
1601 17th St
San Pablo CA 94806

Dated: April 3, 2008

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2