**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                     No. CR 08-0090 MAG

           Plaintiff(s),

   vs.

AMIEL A. ROBINSON,

          Defendant(s).

_____/

**ORDER FOR PARTIES TO FILE
PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW**

     Having conducted a bench trial in the above-captioned matter on April 22, 2008, the Court

ORDERS the parties to file separate proposed findings of fact and conclusions of law.  The parties

shall file their statements by April 30, 2008.

     **IT IS SO ORDERED.**

Dated: April 23, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge