# United States District Court

_Northern_ DISTRICT OF _California_

U.S.A. v. Amiel Robinson

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR-08-090MAG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Maria Elena James | W. Thomas / T. Verburgt | A. Fischer / M. Belo |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4-22-08 | | Brenda Tolbert |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10:17 | | | Case Called Court in Session - Appearances Stated. |
| | | | | | Both sides waive opening ~~Arguement~~ Statements |
| | | 10:21 | | | Govt Calls 1st Wit Sgt Robert Jensing |
| | | 10:21 | | | π Direct-Examn-Jensing |
| 1A | | | ✓ | ✓ | 1A & 1B - Certificate of Calibration - 1A - Prolaser III - 1B. |
| 1B | | | | | |
| 2 | | | ✓ | ✓ | Govt 2 - Aerial Photo |
| 3 | | | ✓ | ✓ | Govt 3 - Photo-Route |
| 4 | | 10:36 | ✓ | ✓ | Govt 4 - Map |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 432 (2/84)

**Administrative Office of the United States Courts**

## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER | |
|---|---|---|---|---|
| 4-22-08 | 08-90 | Brenda Tolbert | 1A | |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| Sgt Robert Lansing | ✓ | ✓ | ✓ | ✓ | MEJ |
| Ricky Dials | ✓ | ✓ | | | |
| Amial Robinson | ✓ | ✓ | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| 1A | Certification of Calibration | ✓ | ✓ |
| 1B | Prolaser III | ✓ | ✓ |
| 2 | Aerial Photograph | ✓ | ✓ |
| 3 | Route Photograph | ✓ | ✓ |
| 4 | Map | ✓ | ✓ |
| 5 | Copy of Citation | ✓ | ✓ |
| A | Case Incident Record | ✓ | ✓ |

2 of 4

AO 187A (REV. 7/87)      **EXHIBIT AND WITNESS LIST - CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | U.S.A. vs. Robinson    CASE NO. CR-08-0090 MAG |
| 5 | | | ✓ | ✓ | Gov't 5 - Copy of Citation |
| | | 10:45 | | | Cross - Sgt Jansing |
| | | | | | D ask Court to take Judicial notice of bail schedule - Taken |
| | | 11:05 | | | Re-Direct - Jansing |
| | | 11:06 | | | Re-Cross - Jansing |
| | | | | | Court asked ? Re: Citation |
| | | 11:08 | | | Wit Excused. |
| | | | | | Gov't Rest |
| | | 11:10 | ✓ | | D Calls - Mr. Dials Ricky Dial |
| | | 11:12 | | | Cross - Dials |
| | | 11:13 | | | Wit - Excused |
| | ✓ | 11:14 | | | D Calls Amiel Robinson |
| | A | | ✓ | ✓ | Exh A - Case Incident Report |

Page 3 of 4 Pages

AO 187A (REV. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | U.S.A. vs. Robinson — CASE NO. CR-08-0090 MAG |
| | | 11:27 | | | X-Exam'n - Robinson |
| | | 11:28 | | | W.t Excused |
| | | | | | Tickets of other people denied by Judge. |
| | | 11:20 | | | Govt. Closing |
| | | 11:30 | | | D's Closing |
| | | 11:32 | | | Govt Rebuttal |
| | | 11:33 | | | Court Adjourned |

Page 3 of 4 Pages