IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0090 MAG |
| Plaintiff(s), | **ORDER FINDING DEFENDANT GUILTY OF VIOLATING 36 C.F.R. § 1004.21(c)** |
| vs. | |
| AMIEL A. ROBINSON, | **ORDER VACATING REQUEST FOR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| Defendant(s). | |

On April 22, 2008, the Court held a bench trial in the above-captioned matter. (Dkt. 6.) Having considered the evidence and testimony presented, the Court finds that the government met its burden of proof, and hereby finds Defendant Amiel A. Robinson GUILTY of violating 36 C.F.R. § 1004.21(c), Operating a Vehicle in Excess of the Speed Limit. Defendant shall pay the fine within thirty (30) days from the date of this Order. The Court VACATES the Apri 23, 2008, Order for Parties to Submit Proposed Findings of Fact and Conclusions of Law.

**IT IS SO ORDERED.**

Dated: April 25, 2008

MARIA-ELENA JAMES
United States Magistrate Judge